**Order entered July 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00686-CV

### IN RE STATE OF TEXAS, Relator

**Original Proceeding from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00545-2016**

## ORDER
Before Justices Lang, Myers, and Whitehill

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus by **August 14, 2018.**

/s/    DOUGLAS S. LANG
       PRESIDING JUSTICE